UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-CR-202-1FL

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROY LEE TERRY | ORDER TO SEAL |

On motion of the Defendant, Roy L. Terry, and for good cause shown, it is hereby ORDERED that the **[DE #31]** be sealed until further notice by this Court.

IT IS SO ORDERED.

This __3rd__ day of May, 2017.

_____
LOUISE W. FLANAGAN
United States District Judge